# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | | |
|---|---|---|
| **ALEXIS BOURGEOIS** | * | **CIVIL ACTION NO. 13-0496** |
| **VERSUS** | * | **JUDGE HAIK** |
| **COMMISSIONER OF SOCIAL SECURITY** | * | **MAGISTRATE JUDGE HILL** |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record, including the objection, in part, filed herein by the Commissioner, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED** that the Commissioner's decision is the undersigned recommends that this case is **REVERSED**, and that claimant is awarded benefits as of April 16, 2010.

Lafayette, Louisiana, this ___ day of September, 2014.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE